United States District Court
Southern District of Texas
**ENTERED**
June 23, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|    Plaintiff/Respondent, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 2:12-CR-418-4 |
| | § | |
| JESUS GREGORIO LOPEZ, | § | |
|    Defendant/Movant. | § | |

## ORDER

Defendant Jesus Gregorio Lopez has filed a Request for Compassionate Release (D.E. 1055), wherein he moves the Court to order his release from prison because his age and underlying medical conditions (diabetes and hypertension) make him particularly vulnerable to severe illness or death should he contract COVID-19 while in prison. He has offered medical records in support of his motion and a copy of the warden's denial of his request for compassionate release; however, the Court has no information regarding his conduct while in prison.

Defendant is hereby **ORDERED** to provide the Court with a current copy of his prison disciplinary history.

The Government is further **ORDERED** to respond to Defendant's motion not later than (7) days after Defendant supplements the record indicating any opposition thereto.

ORDERED this 23rd day of June, 2020.

                                                                    NELVA GONZALES RAMOS
                                                                    UNITED STATES DISTRICT JUDGE